UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDRE SMITH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REBECCA QUEZADA, et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-05615 BLF (PR)<br><br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice.  Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  ___May 28, 2024____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.23\05615Smith_judgment